# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ELMER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HINKLEY, et al.,<br><br>　　　　　Defendants. | Case No. 1:24-cv-00871-SAB<br><br>ORDER SETTING DEADLINE TO EFFECTUATE SERVICE<br><br>(ECF Nos. 9, 12)<br><br>**JANUARY 2, 2025 DEADLINE** |

　　　　Plaintiff commenced this action on July 30, 2024. (ECF No. 1.) Because Plaintiff had not returned service documents and Defendants had not filed responses, the Court issued an order requiring Plaintiff to file a notice of status of service by November 20, 2024. (ECF No. 6.) Plaintiff failed to file a status report. On November 21, 2024, the Court issued an order to show cause, ordering Plaintiff to show cause why this matter should not be dismissed for failure to prosecute and why sanctions should not be imposed for failure to respond. (ECF No. 7.)

　　　　On November 22, 2024, Plaintiff filed a response to the order to show cause stating that while he had been successful in serving the California Department of Corrections and Rehabilitation, he has not yet been successful in serving the individual defendants in this action. Plaintiff states that he last contacted CDCR on November 14, 2024, and that Plaintiff is not neglecting due diligence. (ECF No. 8.) Plaintiff failed to address why he did not respond to the Court's November 13, 2024 order and why sanctions should not be imposed for that failure.

　　　　On November 25, 2024, the Court imposed sanctions on Plaintiff for his failure to

1

respond to the order to show cause. Additionally, and most significantly, the Court ordered that Plaintiff move for an extension of time in which to effectuate service by December 2, 2024. On November 27, 2024, Plaintiff filed a notice of payment of sanctions. However, Plaintiff's notice is silent as to any motion for an extension of time to effectuate service. Plaintiff failed to move for an extension of time by December 2, 2024 and the time to do so has passed.

The Court shall order that service be effectuated no later than thirty days from the date of entry of this order, or January 2, 2025. Fed. R. Civ. P. 4(m) ("If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time.") Plaintiff is cautioned that if he does not (1) file proofs of service of the summons and complaint on the named defendants; (2) file a motion supported by good cause for an additional extension of time for service for an appropriate period pursuant to Rule 4(m); or (3) file a motion for an alternative manner of service, the Court will issue findings and recommendations recommending that this action be dismissed for failure to complete service and failure to obey a court order.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff is granted an extension of time to **January 2, 2025**, to serve the defendants in this matter; and
2. If Plaintiff fails to serve the defendants in compliance with this order, the Court will recommend to the district judge that this action be dismissed for failure to serve and failure to obey a court order.

IT IS SO ORDERED.

Dated:   **December 3, 2024**

STANLEY A. BOONE
United States Magistrate Judge

2