# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ELMER,<br><br>  Plaintiff,<br><br>  v.<br><br>HINKLEY, et al.,<br><br>  Defendants. | Case No. 1:24-cv-00871-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE ENTRY OF DEFAULT<br><br>**DEADLINE: FEBRUARY 26, 2025** |

Plaintiff commenced this action on July 30, 2024. (ECF No. 1.) On January 21, 2025, Plaintiff filed a summons returned executed, indicating that service had been effectuated on all defendants with an answer due by February 7, 2025.[1] (ECF No. 19.) The scheduling conference in this matter is currently set for March 11, 2025. (ECF No. 9.)

Pursuant to Federal Rules of Civil Procedure 55, obtaining a default judgment is a two-step process. Yue v. Storage Technology Corp., No. 3:07-cv-05850, 2008 WL 361142, *2 (N.D. Cal. Feb. 11, 2008). Entry of default is appropriate as to any party against whom a judgment for affirmative relief is sought that has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure and where that fact is made to appear by affidavit or otherwise. Fed. R. Civ. P. 55(a). After entry of default, a plaintiff can move for default judgment. Fed. R. Civ. P.

---

[1] The Court calculates this date from the latest party served on January 17, 2025. (ECF No. 19, p. 30.)

1

55(b)(1) and (2). "Default judgments are generally disfavored, and whenever it is reasonably possible, cases should be decided upon their merits." In re Hammer, 940 F.2d 524, (9th Cir. 1991) (cleaned up).

As defendants in this matter have not appeared and have failed to answer, the Court shall set a deadline for a request for entry of default to be filed by Plaintiff.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall file a request for entry of default no later than **February 26, 2025**; and

2. Plaintiff is advised that failure to comply with this order may result in a recommendation that this action be dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated: **February 14, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2