# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ELMER,<br><br>        Plaintiff,<br><br>    v.<br><br>HINKLEY, et al.,<br><br>        Defendants. | Case No. 1:24-cv-00871-SAB<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO TERMINATE CHRISTIAN PFEIFFER AND ROB ST. ANDRE AS DEFENDANTS IN THIS ACTION<br><br>(ECF No. 22) |

On February 27, 2025, Plaintiff filed a notice of dismissal of Defendants Christian Pfeiffer and Rob St. Andre without prejudice. (ECF No. 22.) Rule 41(a) of the Federal Rules of Civil Procedure allows a party to dismiss some or all of the defendants in an action through a Rule 41(a) notice. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997); see also Hells Canyon Pres. Council v. U.S. Forest Serv., 403 F.3d 683, 687 (9th Cir. 2005)

Accordingly, the Clerk of the Court is DIRECTED to terminate Defendants Christian Pfeiffer and Rob St. Andre from this action without prejudice.

IT IS SO ORDERED.

Dated: **February 28, 2025**

STANLEY A. BOONE
United States Magistrate Judge