1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

11

JOHN ELMER,

12
                        Plaintiff,

13
            v.

14
HINKLEY, et al.,

15
                        Defendants.

16

Case No. 1:24-cv-00871-SAB

ORDER DIRECTING THE CLERK OF THE COURT TO TERMINATE HINKLEY AS A DEFENDANT IN THIS ACTION

(ECF No. 26)

17      On March 6, 2025, Plaintiff filed a notice of dismissal of Defendant Hinkley without

18  prejudice.  (ECF No. 26.)  Rule 41(a) of the Federal Rules of Civil Procedure allows a party to

19  dismiss some or all of the defendants in an action through a Rule 41(a) notice.  Wilson v. City of

20  San Jose, 111 F.3d 688, 692 (9th Cir. 1997); see also Concha v. London, 62 F.3d 1493, 1506 (9th

21  Cir. 1995) ("The plaintiff may dismiss either some or all of the defendants—or some or all of his

22  claims—through a Rule 41(a)(1) notice.")).

23      Defendant Hinkley has not filed an answer or a motion for summary judgment in this

24  action.  Under Rule 41(a)(1)(A)(i) a "plaintiff may dismiss an action without a court order by

25  filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for

26  summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i).

27  / / /

28  / / /

1    Accordingly, the Clerk of the Court is DIRECTED to terminate Hinkley as a defendant in

2    this action.

3

4    IT IS SO ORDERED.

5    Dated:    **March 6, 2025**

STANLEY A. BOONE
6                                                    United States Magistrate Judge