# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ELMER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHITWOOD, et al.,<br><br>　　　　Defendants. | Case No. 1:24-cv-00871-JLT-SAB<br><br>ORDER VACATING PENDING DATES AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 34)<br><br>**AUGUST 22, 2025 DEADLINE** |

On July 31, 2025, Defendants filed a notice of settlement, informing the Court that this matter has been resolved and that dispositional documents will be filed.

Accordingly, pursuant to the notice, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and
2. The parties shall file dispositional documents no later than **August 22, 2025**. L.R. 160(b). Any request for an extension shall be supported by good cause. Id.

IT IS SO ORDERED.

Dated: **August 1, 2025**

STANLEY A. BOONE
United States Magistrate Judge