# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ELMER,<br><br>        Plaintiff,<br><br>   v.<br><br>CHITWOOD, et al.,<br><br>        Defendants. | Case No. 1:24-cv-00871-JLT-SAB<br><br>ORDER REQUIRING PARTIES TO SHOW CAUSE IN WRITING WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO FILE DISPOSITIONAL DOCUMENTS BY COURT ORDERED DEADLINE<br><br>(ECF No. 35)<br><br>**THREE-DAY DEADLINE** |

On July 31, 2025, Defendant filed a notice of settlement, informing the Court that a settlement had been reached in the case. (ECF No. 34.) On August 1, 2025, the Court issued an order setting the deadline to file dispositional documents by August 22, 2025 in accordance with Local Rule 160(b) ("Upon such notification of disposition or resolution of an action or motion, the Court shall fix a date upon which the documents disposing of the action or motion must be filed, which date shall not be more than twenty-one (21) days from the date of said notification, absent good cause."). (ECF No. 81.) The deadline to file dispositional documents has now expired, and the parties have failed to file such documents or otherwise request an extension of time to do so.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate,

including dismissal of the action. Bautista v. Los Angeles Cnty., 216 F.3d 837, 841 (9th Cir. 2000). The Court shall require the parties to show cause why sanctions should not issue for the failure to file dispositional documents in compliance with the Court's order.

Accordingly, IT IS HEREBY ORDERED that Plaintiff show cause in writing **within three (3) days** from the date of entry of this order, why sanctions should not issue for the failure to file dispositional documents by the deadline required by the August 1, 2025 order (ECF No. 35). Failure to comply with this order will result in the issuance of sanctions.

IT IS SO ORDERED.

Dated:   **August 25, 2025**

STANLEY A. BOONE
United States Magistrate Judge