# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ELMER,<br><br>        Plaintiff,<br><br>    v.<br><br>CHITWOOD, et al.,<br><br>        Defendants. | Case No. 1:24-cv-00871-JLT-SAB<br><br>ORDER DISCHARGING OCTOBER 23, 2025 ORDER TO SHOW CAUSE AND DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST DOCKET TO REFLECT STIPULATION OF DISMISSAL<br><br>(ECF Nos. 39, 44) |

      As relevant here, on October 8, 2025, Defendants filed a stipulation of dismissal. (ECF No. 39.) However, the Court observed that the attorney listed to represented Plaintiff, John M. Lathrop, had not filed a notice of appearance, and therefore, it was unclear whether Attorney Lathrop could act on his client's behalf. (ECF No. 41.) The Court then directed Attorney Lathrop to file a substitution of counsel form, under the circumstances of the case. (Id.) Later that same day, Plaintiff's former counsel, Michael R. Hayden, filed an unopposed motion to withdraw as counsel. (ECF No. 42.) Thereafter, the deadline for Attorney Lathrop to file passed, and he failed to file a substitution form or a notice of appearance.

      On October 23, 2025, the Court issued an order to show cause, directing Attorney Lathrop to show cause, in writing, why sanctions should not issue for failure to comply with the Court's October 10, 2025 order. (ECF No. 44.) The Court observed that in light of Attorney Hayden's unopposed motion to withdraw, all that was required of Attorney Lathrop was to file a notice of appearance, as well as a response to the order to show cause. (Id.) Later that same day, Attorney

1 Lathrop filed a notice of appearance and a declaration in response to the Court's order to show
2 cause.  (ECF No. 45.)  It appears that there was some confusion on who was handling Plaintiff's
3 case at the law firm Unite the People and whether someone had already made an appearance in
4 this matter.  (Id.)  Notwithstanding this confusion, Attorney Lathrop states, and the Court
5 generally agrees, that since his participation in the case, Lathrop has endeavored to quickly
6 conclude this matter.  (Id.)

7 Satisfied with the response from Attorney Lathrop, the Court hereby DISCHARGES the
8 October 23, 2025 order to show cause.  (ECF No. 44.)

9 In light of the stipulation (ECF No. 39), this action has been terminated, Fed. R. Civ. P.
10 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been
11 dismissed with prejudice.  Accordingly, the Clerk of the Court is hereby DIRECTED to close the
12 file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule
13 41(a).

IT IS SO ORDERED.

Dated:   **October 27, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2